UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| JOHN A. KNOX individually, and on behalf of all others similarly situated, | ) ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:21-cv-00885-SEB-MJD |
| | ) | |
| GLA COLLECTION COMPANY, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**The Honorable Sarah Evans Barker, Judge**
**Entry for September 30, 2021**

This cause is hereby ASSIGNED for final pretrial conference on Tuesday, June 13, 2023 at 2:00 p.m. in Room 216 of the United States Courthouse in Indianapolis, Indiana and for jury trial on Monday, June 26, 2023 at 9:30 a.m. in Room 216 of the United States Courthouse in Indianapolis, Indiana.

Distribution:

Mohammed O. Badwan
SULAIMAN LAW GROUP LTD.
mbadwan@sulaimanlaw.com

Victor T. Metroff
SULAIMAN LAW GROUP, LTD.
vmetroff@sulaimanlaw.com

William E. Smith, III
KIGHTLINGER & GRAY LLP
wsmith@k-glaw.com