UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JOHN A. KNOX, individually, and on behalf of all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>GLA COLLECTION COMPANY, INC.,<br><br>Defendant. | Case No. 1:21-cv-00885-SEB-MJD |

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that JOHN A. KNOX ("Plaintiff") and GLA COLLECTION COMPANY, INC. ("Defendant"), hereby notify the Court the parties have reached settlement, and are in the process of completing the settlement agreement and filing dismissal papers. The parties anticipate filing dismissal papers within 45 days.

DATED: December 17, 2021

Respectfully submitted,

JOHN A. KNOX

By: */s/ Mohammed O. Badwan*

Mohammed O. Badwan
SULAIMAN LAW GROUP, LTD.
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
+1 630-575-8180
mbadwan@sulaimanlaw.com

1