UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JOHN A. KNOX,<br>Individually, and on behalf of all others<br>Similarly situated,<br><br>      Plaintiff<br><br>vs.<br><br>GLA COLLECTION COMPANY, INC.,<br><br>      Defendants | CASE NO. 1:21-cv-00885-SEB-MJD |

**STIPULATION OF DISMISSAL**

The Plaintiff, John A. Knox, by counsel, Mohammed O. Badwan of the law firm of Sulaiman Law Office, and the Defendant, GLA Collection Company, Inc. by counsel, William E. Smith, III, of the law firm of Kightlinger & Gray, LLP, stipulate that matters in controversy in the above-entitled cause of action involving the Plaintiff, John A. Knox, and the Defendant, GLA Collection Company, Inc. including all claims contained in Plaintiff's Complaint as directed against the Defendant, GLA Collection Company, Inc. have been fully compromised and settled.

It is further stipulated that all parties shall bear their own costs. It is therefore further stipulated and agreed that the Complaint is hereby dismissed by the Plaintiff with prejudice as to the Defendant, GLA Collection Company, Inc.

| | |
|---|---|
| /s/ Mohammad O. Badwan<br>Mohammed O. Badwan<br>Sulaiman Law Office<br>2500 South Highland Ave., Suite 200<br>Lombard, IL 60148<br>(630) 575-8181<br>mbadwan@sulanimanlaw.com<br>Counsel for Plaintiff, John A. Knox | /s/ William E. Smith, III<br>William E. Smith, III<br>Kightlinger & Gray, LLP<br>Bonterra Building, Suite 200<br>3620 Blackiston Boulevard<br>New Albany, IN 47150<br>(812) 949-2300<br>wsmith@k-glaw.com<br>Counsel for Defendant,<br>GLA Collection Company, Inc. |

214137\61751524-1