UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| JOHN A. KNOX,<br>Individually, and on behalf of all others<br>Similarly situated,<br><br>　　　　Plaintiff<br><br>vs.<br><br>GLA COLLECTION COMPANY, INC.,<br><br>　　　　Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO. 1:21-cv-00885-SEB-MJD |

## ORDER OF DISMISSAL WITH PREJUDICE

The parties' Stipulation of Dismissal having been submitted for the consideration of the Court and the Court being fully advised in the premises, and it appearing to the Court that matters in controversy in the above-entitled cause of action involving the Plaintiff, John A. Knox, and the Defendant, GLA Collection Company, Inc., including all claims contained in Plaintiff's Complaint as directed against the Defendant, GLA Collection Company, Inc., have been fully compromised and settled, the Court now APPROVES the parties' Stipulation of Dismissal, and it is

**ORDERED** by the Court that this cause be and the same hereby is dismissed with prejudice as to GLA Collection Company, Inc., and said parties to pay their own costs.

*DATED* _____1/21/2022_____

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　SARAH EVANS BARKER, JUDGE
　　　　　　　　　　　　　　　　　　　　United States District Court
　　　　　　　　　　　　　　　　　　　　Southern District of Indiana

TENDERED BY:

/s/ William E. Smith, III
William E. Smith, III
KIGHTLINGER & GRAY, LLP
Attorney for GLA Collection Company, Inc.
Bonterra Building, Suite 200
3620 Blackiston Boulevard
New Albany, IN 47150
PHONE: (812) 949-2300
FAX: (812) 949-8556
E-MAIL:  wsmith@k-glaw.com



DISTRIBUTION TO:

William E. Smith, III
Kightlinger & Gray, LLP
Bonterra Building, Suite 200
3620 Blackiston Boulevard
New Albany, IN 47150
wsmith@k-glaw.com

Mohammed O. Badwan
Sulaiman Law Office
2500 South Highland Ave., Suite 200
Lombard, IL  60148
mbadwan@sulaimanlaw.com